Terry H. Gilbert (21948)
Friedman & Gilbert
55 Public Square, Suite 1055
Cleveland, Ohio 44113
Phone: (216) 241-1430
Fax: (216) 621-0427

Attorneys for Claimant:
**BILAL ABDULKADIR**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA;<br><br>        Plaintiff,<br><br>    v.<br><br>$130,000.00 in U.S. Currency;<br><br>        Defendant 1,<br><br>and<br><br>$60,000.00 in U.S. Currency;<br><br>        Defendant 2.<br><br>BILAL ABDULKADIR;<br><br>        Claimant. | Case No. 2:19-cv-305<br><br>**VERIFIED CLAIM** |

I, BILAL ABDULKADIR, declare as follows:

1. I hereby make a claim to the Defendant 2 property, to wit: $60,000.00 in U.S. Currency.

2. I hereby claim an ownership and possessory interest in, and the right to exercise dominion and control over, all of the Defendant 2 property.

///

///

- 1 -

VERIFIED CLAIM FOR SEIZED PROPERTY

I declare the foregoing is true and correct under penalty of perjury of the laws of the United States of America.

Dated: May 9, 2019

*Bilal Abdulkadir* (signature)
Bilal Abdulkadir

Respectfully submitted,

FRIEDMAN & GILBERT

/s/ Terry H. Gilbert
TERRY H. GILBERT (0021948)
55 Public Square, Suite 1055
Cleveland, OH 44113-1901
Telephone: (216) 241-1430
Facsimile: (216) 621-0427
E-Mail: tgilbert@f-glaw.com

Attorney for Claimant

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Terry H. Gilbert
TERRY H. GILBERT
Attorney for Claimant