# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**United States of America,**

        **Plaintiff,**        Civil Action 2:19-cv-305

    v.        Judge Michael H. Watson

        Magistrate Judge Vascura

**One Hundred Thirty Thousand and 00/100 Dollars ($130,00.00) in United States Currency,** *et al.***,**

        **Defendants.**

## ORDER

Upon receipt of notice by the parties in their Rule 26(f) report that they unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) (ECF No. 17), this case is hereby **REFERRED** to United States Magistrate Judge Vascura for all further proceedings.

**IT IS SO ORDERED.**

        */s/ Michael H. Watson*
        **MICHAEL H. WATSON, JUDGE**
        **UNITED STATES DISTRICT COURT**